AO 240 (Rev. 10/03)

# UNITED STATES DISTRICT COURT

District of __Massachusetts__

SANDY J. BATTISTA,

Plaintiff

V.

ROBERT MURPHY, et al.,

Defendant

**APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT**

CASE NUMBER: **04-10226-MEL**.

I, __Sandy J. Battista_____ declare that I am the (check appropriate box)

☒ petitioner/plaintiff/movant    ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently ~~incarcerated?~~ Civilly Committed?    ☒ Yes    ☐ No    (If "No," go to Part 2)
   If "Yes," state the place of your ~~incarceration~~ Commitment    __Mass. Treatment Center__
   Are you employed at the institution? __No__    Do you receive any payment from the institution? _____

   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions.

2. Are you currently employed?    ☐ Yes    ☒ No

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.
      __N/A__

3. In the past 12 twelve months have you received any money from any of the following sources?

   | | | |
   |---|---|---|
   | a. Business, profession or other self-employment | ☐ Yes | ☒ No |
   | b. Rent payments, interest or dividends | ☐ Yes | ☒ No |
   | c. Pensions, annuities or life insurance payments | ☐ Yes | ☒ No |
   | d. Disability or workers compensation payments | ☐ Yes | ☒ No |
   | e. Gifts or inheritances | ☐ Yes | ☒ No |
   | f. Any other sources | ☐ Yes | ☒ No |

   If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### Inmate Transaction Report

Date :  20040309 13:22

Commit# :  M15930

Name :  BATTISTA, SANDY, J,

Inst :  MASS. TREATMENT CENTER

Block :  B1

Cell/Bed :  013 /B

MASS. TREATMENT CENTER

Statement From  20031001

To  20040309

Page :  1

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | Total Transaction before this Period : | $7,919.52 | $3,836.59 | $549.42 | $0.00 |
| 20031002 22:30 | CN - Canteen | 1761543 | | MTC | ~Canteen Date : 20031002 | $0.00 | $24.26 | $0.00 | $0.00 |
| 20031008 16:59 | IS - Interest | 1787454 | | MTC | | $5.13 | $0.00 | $0.00 | $0.00 |
| 20031008 16:59 | IS - Interest | 1787455 | | MTC | | $0.00 | $0.00 | $0.67 | $0.00 |
| 20031009 22:31 | CN - Canteen | 1807425 | | MTC | ~Canteen Date : 20031009 | $0.00 | $39.40 | $0.00 | $0.00 |
| 20031015 13:08 | IC - Transfer from Inmate to Club A/c | 1819498 | | MTC | ~POSTAGE/OFFICE ATTY GENERAL~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $2.24 | $0.00 | $0.00 |
| 20031015 13:09 | IC - Transfer from Inmate to Club A/c | 1819501 | | MTC | ~POSTAGE/CLERK OF COURTS/BOSTON~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $3.85 | $0.00 | $0.00 |
| 20031015 15:41 | EX - External Disbursement | 1819972 | 86576 | MTC | ~SMITH OFFICE EQUIPMENT CO INC | $0.00 | $49.79 | $0.00 | $0.00 |
| 20031016 22:30 | CN - Canteen | 1833450 | | MTC | ~Canteen Date : 20031016 | $0.00 | $25.01 | $0.00 | $0.00 |
| 20031020 15:27 | EX - External Disbursement | 1840614 | 86655 | MTC | ~EDWARD E ELIOT ESQ | $0.00 | $2,000.00 | $0.00 | $0.00 |
| 20031022 09:37 | IC - Transfer from Inmate to Club A/c | 1848702 | | MTC | ~CT/RR EDWARD ELIOT ESQ TEN TREMONT ST BOSTON MA 02108~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $4.42 | $0.00 | $0.00 |
| 20031023 22:30 | CN - Canteen | 1862654 | | MTC | ~Canteen Date : 20031023 | $0.00 | $35.74 | $0.00 | $0.00 |
| 20031031 10:37 | CN - Canteen | 1893477 | | MTC | ~Canteen Date : 20031030 | $0.00 | $35.35 | $0.00 | $0.00 |
| 20031106 22:31 | CN - Canteen | 1921893 | | MTC | ~Canteen Date : 20031106 | $0.00 | $14.75 | $0.00 | $0.00 |
| 20031107 16:28 | IS - Interest | 1932401 | | MTC | | $4.19 | $0.00 | $0.00 | $0.00 |
| 20031107 16:28 | IS - Interest | 1932402 | | MTC | | $0.00 | $0.00 | $0.72 | $0.00 |
| 20031112 14:37 | IC - Transfer from Inmate to Club A/c | 1950230 | | MTC | ~APPLIANCE ORDER~CANTEEN CORP. WASH ACCOUNT - Z6~CANTEEN CORP. WASH ACCOUNT - Z6 | $0.00 | $27.77 | $0.00 | $0.00 |
| 20031112 15:22 | IC - Transfer from Inmate to Club A/c | 1950417 | | MTC | ~CLOTHING ORDER~KCN WASH ACCOUNT - Z5~KCN WASH ACCOUNT - Z5 | $0.00 | $97.89 | $0.00 | $0.00 |
| 20031113 14:08 | ST - Superintendent Act Transfer | 1962616 | | MTC | ~M15930 BATTISTA,SANDY J PERSONAL | $550.81 | $0.00 | $0.00 | $550.81 |
| 20031113 22:30 | CN - Canteen | 1965630 | | MTC | ~Canteen Date : 20031113 | $0.00 | $15.11 | $0.00 | $0.00 |
| 20031120 22:31 | CN - Canteen | 1994877 | | MTC | ~Canteen Date : 20031120 | $0.00 | $14.61 | $0.00 | $0.00 |
| 20031124 15:17 | EX - External Disbursement | 2000881 | 87480 | MTC | ~SUFFOLK SUPERIOR COURT | $0.00 | $275.00 | $0.00 | $0.00 |
| 20031125 22:30 | CN - Canteen | 2006562 | | MTC | ~Canteen Date : 20031125 | $0.00 | $33.88 | $0.00 | $0.00 |
| 20031128 10:34 | IC - Transfer from Inmate to Club A/c | 2024312 | | MTC | ~PRIORITY MAIL~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $3.85 | $0.00 | $0.00 |
| 20031204 11:31 | IC - Transfer from Inmate to Club A/c | 2047052 | | MTC | ~PRIORTY ML/LEGAL MAIL DEBORAH BEARD BADER, ESQ 101 TREMONT ST. STE#814 BOSTON ~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $3.85 | $0.00 | $0.00 |
| 20031204 22:31 | CN - Canteen | 2050689 | | MTC | ~Canteen Date : 20031204 | $0.00 | $34.27 | $0.00 | $0.00 |
| 20031209 13:42 | IS - Interest | 2068484 | | MTC | | $2.62 | $0.00 | $0.00 | $0.00 |

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### Inmate Transaction Report

Date : 20040309 13:22

| | | |
|---|---|---|
| Commit# : | M15930 | |
| Name : | BATTISTA, SANDY, J. | |
| Inst : | MASS. TREATMENT CENTER | |
| Block : | B1 | |
| Cell/Bed : | 013 /B | |

MASS. TREATMENT CENTER

Statement From    20031001

To    20040309

Page :    2

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| 20031209 13:42 | IS - Interest | 2068485 | | MTC | | $0.28 | $0.00 | $0.00 | $0.00 |
| 20031211 22:31 | CN - Canteen | 2095727 | | MTC | ~Canteen Date : 20031211 | $0.00 | $32.25 | $0.00 | $0.00 |
| 20031217 15:16 | CI - Transfer from Club to Inmate A/c | 2112269 | | MTC | ~12/11/03 CANT REFUND~M15930 BATTISTA,SANDY J PERSONAL~KCN WASH ACCOUNT - Z5 | $4.80 | $0.00 | $0.00 | $0.00 |
| 20031218 22:31 | CN - Canteen | 2126998 | | MTC | ~Canteen Date : 20031218 | $0.00 | $13.62 | $0.00 | $0.00 |
| 20031219 13:17 | IC - Transfer from Inmate to Club A/c | 2129691 | | MTC | ~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $2.44 | $0.00 | $0.00 |
| 20031219 13:19 | IC - Transfer from Inmate to Club A/c | 2129706 | | MTC | ~CT/RR WORCESTER TELEGRAM *& GAZETTE 20 FRANKLIN ST WORCESTER MA 01615~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $5.34 | $0.00 | $0.00 |
| 20031219 13:20 | IC - Transfer from Inmate to Club A/c | 2129712 | | MTC | ~CT/RR DIANNE WILLIAMSON COLUMNIST WORCESTER TELEGRAM & GAZETTE 20 FRANKLIN ST WORCESTER MA 01615~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $5.34 | $0.00 | $0.00 |
| 20031223 15:51 | EX - External Disbursement | 2142886 | 88123 | MTC | ~JARNDYCE & JARNDYCE PRESS | $0.00 | $26.95 | $0.00 | $0.00 |
| 20031224 22:30 | CN - Canteen | 2151102 | | MTC | ~Canteen Date : 20031224 | $0.00 | $61.01 | $0.00 | $0.00 |
| 20031229 15:21 | EX - External Disbursement | 2166009 | 88223 | MTC | ~FHS/BLUEDOT | $0.00 | $1.75 | $0.00 | $0.00 |
| 20040102 22:30 | CN - Canteen | 2189783 | | MTC | ~Canteen Date : 20040102 | $0.00 | $24.31 | $0.00 | $0.00 |
| 20040107 14:57 | EX - External Disbursement | 2203002 | 88393 | MTC | ~FHS/BLUEDOT | $0.00 | $6.00 | $0.00 | $0.00 |
| 20040108 22:31 | CN - Canteen | 2218308 | | MTC | ~Canteen Date : 20040108 | $0.00 | $15.73 | $0.00 | $0.00 |
| 20040109 09:43 | ML - Mail | 2219003 | | STH | ~ROBERTA SYLVESTER | $75.00 | $0.00 | $0.00 | $0.00 |
| 20040109 09:43 | TI - Transfer from Institution | 2219004 | | STH | ~Associate Receipt Number is 2219003 | $0.00 | $75.00 | $0.00 | $0.00 |
| 20040109 09:43 | TI - Transfer from Institution | 2219005 | | MTC | ~Associate Receipt Number is 2219003 | $75.00 | $0.00 | $0.00 | $0.00 |
| 20040113 12:07 | IS - Interest | 2235833 | | MTC | | $2.49 | $0.00 | $0.00 | $0.00 |
| 20040115 22:30 | CN - Canteen | 2260417 | | MTC | ~Canteen Date : 20040115 | $0.00 | $37.88 | $0.00 | $0.00 |
| 20040120 09:14 | CI - Transfer from Club to Inmate A/c | 2269952 | | MTC | ~CLOTHING CREDIT~M15930 BATTISTA,SANDY J PERSONAL~KCN WASH ACCOUNT - Z5 | $19.63 | $0.00 | $0.00 | $0.00 |
| 20040120 15:18 | EX - External Disbursement | 2271391 | 88680 | MTC | ~EDWARD HAMILTON BOOKS | $0.00 | $15.35 | $0.00 | $0.00 |
| 20040120 15:20 | EX - External Disbursement | 2271393 | 88681 | MTC | ~PRISON LEGAL NEWS | $0.00 | $36.00 | $0.00 | $0.00 |
| 20040120 15:26 | EX - External Disbursement | 2271415 | 88685 | MTC | ~LIFERS UNION ADVOCACY GROUP | $0.00 | $175.00 | $0.00 | $0.00 |
| 20040121 15:26 | EX - External Disbursement | 2276520 | 88718 | MTC | ~F H S | $0.00 | $8.50 | $0.00 | $0.00 |
| 20040122 22:31 | CN - Canteen | 2290011 | | MTC | ~Canteen Date : 20040122 | $0.00 | $16.78 | $0.00 | $0.00 |
| 20040129 22:31 | CN - Canteen | 2318277 | | MTC | ~Canteen Date : 20040129 | $0.00 | $18.77 | $0.00 | $0.00 |

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### Inmate Transaction Report

Date :  20040309 13:22

| | | |
|---|---|---|
| Commit# : | M15930 | **MASS. TREATMENT CENTER** |
| Name   : | BATTISTA, SANDY, J, | Statement From   20031001 |
| Inst   : | MASS. TREATMENT CENTER | To   20040309 |
| Block  : | B1 | |
| Cell/Bed : | 013 /B | |

Page :   3

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| 20040202 15:35 | EX - External Disbursement | 2323855 | 89056 | MTC | ~BRISTOL LAW LIBRARY FOUNDATION | $0.00 | $0.60 | $0.00 | $0.00 |
| 20040203 11:16 | ML - Mail | 2326948 | | STH | ~EDWARD HAMILTON REFUND CHECK | $3.95 | $0.00 | $0.00 | $0.00 |
| 20040203 11:16 | TI - Transfer from Institution | 2326949 | | STH | ~Associate Receipt Number is 2326948 | $0.00 | $3.95 | $0.00 | $0.00 |
| 20040203 11:16 | TI - Transfer from Institution | 2326950 | | MTC | ~Associate Receipt Number is 2326948 | $3.95 | $0.00 | $0.00 | $0.00 |
| 20040206 08:53 | CN - Canteen | 2345606 | | MTC | ~Canteen Date : 20040205 | $0.00 | $45.66 | $0.00 | $0.00 |
| 20040209 15:34 | EX - External Disbursement | 2352486 | 89247 | MTC | ~BRISTOL LAW LIBRARY FOUNDATION | $0.00 | $11.00 | $0.00 | $0.00 |
| 20040210 11:41 | IS - Interest | 2365312 | | MTC | | $2.18 | $0.00 | $0.00 | $0.00 |
| 20040210 14:10 | EX - External Disbursement | 2373046 | 89259 | MTC | ~F H S | $0.00 | $2.75 | $0.00 | $0.00 |
| 20040210 15:45 | IC - Transfer from Inmate to Club A/c | 2373459 | | MTC | ~CLOTHING--KCN WASH ACCOUNT - Z5--KCN WASH ACCOUNT - Z5 | $0.00 | $37.93 | $0.00 | $0.00 |
| 20040212 22:30 | CN - Canteen | 2390028 | | MTC | ~Canteen Date : 20040212 | $0.00 | $10.92 | $0.00 | $0.00 |
| 20040218 15:52 | EX - External Disbursement | 2406401 | 89411 | MTC | ~THE COMMONWEALTH OF MASS | $0.00 | $20.40 | $0.00 | $0.00 |
| 20040219 09:17 | ML - Mail | 2415471 | 1047 | STH | ~LIFERS UNION ADVOCACY GROUP | $70.00 | $0.00 | $0.00 | $0.00 |
| 20040219 09:17 | TI - Transfer from Institution | 2415473 | | STH | ~Associate Receipt Number is 2415471 | $0.00 | $70.00 | $0.00 | $0.00 |
| 20040219 09:17 | TI - Transfer from Institution | 2415474 | | MTC | ~Associate Receipt Number is 2415471 | $70.00 | $0.00 | $0.00 | $0.00 |
| 20040219 22:30 | CN - Canteen | 2418019 | | MTC | ~Canteen Date : 20040219 | $0.00 | $23.48 | $0.00 | $0.00 |
| 20040225 15:04 | EX - External Disbursement | 2434052 | 89546 | MTC | ~F H S | $0.00 | $5.00 | $0.00 | $0.00 |
| 20040226 22:30 | CN - Canteen | 2446739 | | MTC | ~Canteen Date : 20040226 | $0.00 | $27.25 | $0.00 | $0.00 |
| 20040301 13:48 | EX - External Disbursement | 2453893 | 89664 | MTC | ~EGAN'S RELIGIOUS GOODS | $0.00 | $52.00 | $0.00 | $0.00 |
| 20040301 13:54 | EX - External Disbursement | 2453973 | 89678 | MTC | ~BRISTOL LAW LIBRARY FOUNDATION | $0.00 | $6.40 | $0.00 | $0.00 |
| 20040304 22:30 | CN - Canteen | 2478503 | | MTC | ~Canteen Date : 20040304 | $0.00 | $28.92 | $0.00 | $0.00 |
| 20040308 15:38 | EX - External Disbursement | 2484125 | 89833 | MTC | ~LIFERS UNION ADVOCACY GROUP | $0.00 | $16.95 | $0.00 | $0.00 |
| | | | | | | $890.03 | $3,682.27 | $1.39 | $550.81 |

| | Personal | Savings |
|---|---|---|
| Balance as of ending date : | $1,290.69 | $0.00 |

Current Balances :

| Personal | Savings | Freeze | Loan | Restitution | Sentence |
|---|---|---|---|---|---|
| $1,290.69 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

SANDY J. BATTISTA,                    )
    Plaintiff,                        )
                                      )
vs.                                   )    CIVIL ACTION
                                      )    NO.04-10226-MEL.
ROBERT MURPHY, et al.,                )
    Defendant's.                      )

## AFFIDAVIT OF SANDY J. BATTISTA, #M-15930

I, Sandy J. Battista, on oath, deposes and says as follows:

1) That I am the plaintiff in the above-entitled action, having personal knowledge of all facts and circumstances in this action makes this affidavit as to my current personal and legal necessities, in support of my Application to Proceed Without Prepayment of Fees. (A Motion to Waive Filing Fees and to Proceed in Forma Pauperis is on file).

2) That I am currently civilly committed in the care and custody of the Mass. Department of Correction. Committed to the Mass. Treatment Center.

3) That being in the care and custody of the Department of Correction, I must follow certain rules, regulations, policies, and procedures.

4) That the DOC has a "system-wide" policy defining inmate/resident indigency, if at the time of request the inmate/resident does not have more than $10.00 in his/her account for the past sixty days.

5) As I currently have more than $10.00 in my account, I

am deemed not indigent under current DOC policy, and must pro-
vide for all my own personal and legal necessities (i.e.,),
any and all weekly hygiene supply's: soap, toothbrush/tooth-
paste, shampoo, cream rinse, hair gel, lotion, baby powder,
razors, shaving cream, after shave lotion, combs, dental floss,
deodorant, etc.; any and all personal/legal supply's: paper,
pens, pencils, envelopes, stamps, manilla envelopes, priority
mail envelopes/stamps, typewriter paper, typewriter ribbons/-
corrective ribbons, laundry detergent, medical co-payments of
$3.00 each consultation(per policy), hair cuts at $1.50 each
hair cut(per policy), etc.; and any and all personal clothing:
jeans, dress pants, dress shirts, t-shirts, underwear, socks,
shoes, sneakers, shower shoes, slippers, pajama's, bathrobe,
shorts, sweat pants, sweat shirts, etc..

    5) From the above listed necessities, my weekly and monthly
expenses are approximately: $10.00 to $15.00 weekly in both per-
sonal supply's and hygiene supply's; approximately $5.00 to $8.00
weekly in personal and legal postage; and approximately $25.00
to $50.00 every 90 days in necessary clothing purchases.

    6) That I am unable to financially afford the cost of the
filing fees in this action without depriving myself of the above
listed necessities, and interfering with other on-going civil
actions. See also Sandy J. Battista vs. Robert Murphy, et al.,
U.S.Dist.Ct.C.A.No.03-12643-MEL(requiring similar filing fees).

    7) That without this court's waiver of fees, I will be
left with the choice of paying the filing fees and being able
to purchase the above listed necessities.

-3-

8) The attached print-out reflects the enclosed state-
ments as to the above listed necessities.

Signed under the pains and penalties of perjury this
2nd day of March, 2004.

Sandy J. Battista, #M-15930
Plaintiff/Pro-se
Mass. Treatment Center
30 Administration Rd.
Bridgewater, Mass. 02324