UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

SANDY J. BATTISTA,
        Plaintiff,

v.                              Civil Action No. 04-10226-MEL

ROBERT MURPHY, et al.,
        Defendants.

ORDER ON APPLICATION TO
PROCEED WITHOUT PREPAYMENT OF FEES

Now before the Court is plaintiff's application to proceed without prepayment of fees and affidavit under 28 U.S.C. § 1915:

The application to proceed without prepayment of fees is:

**G**    GRANTED.

☒    DENIED for the following reason(s): Plaintiff has sufficient funds to pay the filing fee.

☒    Plaintiff shall pay the $150.00 filing fee within 35 days or this action shall be dismissed without prejudice.

**G**    The Clerk shall issue summonses and the United States Marshal shall serve a copy of the summons, complaint, and this order upon defendant(s) as directed by plaintiff with all costs of service to be advanced by the United States.

SO ORDERED.

5/25/04                                                   s/ Morris E. Lasker
DATE                                                    UNITED STATES DISTRICT JUDGE