UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

SANDY J. BATTISTA,
    Plaintiff,

vs.

ROBERT MURPHY, Superintendant, et al.,
    Defendant's.

CIVIL ACTION
NO. 04-10226-MEL

## SUPPLEMENTAL AFFIDAVIT OF THE PLAINTIFF IN SUPPORT OF APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES

I, Sandy J. Battista, on oath deposes and says as follows:

1) That on 3/2/04, I submitted my Application to Proceed Without Prepayment of Fees and Affidavit.

2) That since the above filing, my financial status has decreased, as reflected by the attached computer print-out of my accounts from date of filing above thru date.

3) The decrease in my funds was not to avoid the ability to pay filing fees, but needed in order to purchase necessary personal clothing, hygiene supply's, and postage on a weekly basis for on-going legal pursuits.

Signed under the pains and penalties of perjury this 26th day of May, 2004.

Sandy J. Battista, #M-15930
Plaintiff/Pro-se
Mass. Treatment Center
30 Administration Rd.
Bridgewater, Mass. 02324