6-4-04

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2004 JUN 3 A 11:38

U.S. DISTRICT COURT
DISTRICT OF MASS.

SANDY J. BATTISTA,
    Plaintiff,

vs.

ROBERT MURPHY, Superintendent, et al.,
    Defendant's.

CIVIL ACTION
NO. 04-10226-MEL.

## PLAINTIFF'S NOTICE OF APPEAL FROM ORDER ON APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES

Plaintiff, Sandy J. Battista, acting pro-se in the above entitled matter, hereby gives notice of her intent to file an [interlocutory appeal] to the First Circuit Court of Appeal's, from this Court's (Lasker, J.) ORDER ON APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES, dated: 5/25/04.

Dated: 6/1/04.

Respectfully submitted,

Sandy J. Battista, #M-15930
Plaintiff/Pro-se
Mass. Treatment Center
30 Administration Rd.
Bridgewater, Mass. 02324

Sandy J. Battista, #M-15930
Mass. Treatment Center
30 Administration Rd.
Bridgewater, Mass. 02324

FILED
IN CLERKS OFFICE

2004 JUN -3 A 11: 38

U.S. DISTRICT COURT
DISTRICT OF MASS

Dated: 6/1/04.

Clerk of Court's
United States District Court
1 Courthouse Way, Suite 2300
Boston, Mass. 02210

    RE: <u>Battista vs. Murphy, Superintendent, et al.</u>
        C.A.No.04-10226-MEL.

Dear Clerk:

    Please find enclosed for filing in the above-entitled matter the following:

- Plaintiff's Notice of Appeal from Order on Application to Proceed Without Prepayment of Fees.

    Thank you for your attention in this matter.

Sincerely,

[signature]
Sandy J. Battista, #M-15930
Plaintiff/Pro-se

cc: S.J.B.(FILE)