UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

SANDY J. BATTISTA, )
    Plaintiff, )
     )
vs. )  CIVIL ACTION
     )  NO. 04-10226-MEL.
ROBERT MURPHY, et al., )
    Defendant's. )

2004 JUN 10  A 11: 54

U.S. DISTRICT COURT
DISTRICT OF MASS.

### PLAINTIFF'S MOTION TO WAIVE DOCKETING FEE AND TO BE ALLOWED TO PROCEED ON APPEAL IN FORMA PAUPERIS

Plaintiff, Sandy J. Battista, acting pro-se in the above entitled matter, respectfully requests that this Court waive the docketing fee and allow her to proceed upon appeal in forma pauperis. As grounds thereto, plaintiff states the following:

1) That plaintiff has been in the custody of the Department of Correction since December of 1982, and is currently civilly committed under G.L. Ch.123A, §14(d), as amended St.1999, c.74.

2) That the fee paying requirement under the PLRA pertains only to "prisoners," as that term is legally defined, and not to persons like the plaintiff, who are "civilly" committed. See Perkins vs. Hedricks, 340 F.3d 582, 583 (8th Cir. 2003); Troville vs. Venz, 303 F.3d 1256, 1259-60 (11th Cir. 2003); Yoder vs. Patla, 234 F.3d 1275 (7th Cir. 2000); Page vs. Torrey, 201 F.3d 1136, 1139-40 (9th Cir. 2000); see King vs. Greenblatt, 53 F.-Supp.2d 117, 137-38 (D.Mass. 1999).

3) Having been in custody for the last 20+ years, plaintiff has no real estate, stocks, bonds, notes, automobiles, etc., except a small inheritance left from her fathers 2001 passing. (Approximately $850.00).

4) Plaintiff is currently employed at the facility in which she is confined, at the rate of $1.00 a day x 7, and receives no other sources of income from either family of friends.

5) Plaintiff must, according to institutional policy, provide for [all] her weekly/monthly personal/legal necessities,[1]/ and despite only making $7.00 a week is charged [full] street prices for all items.

6) That plaintiff as of date has filed notices of appeals in four other non-related actions, [2]/ which would leave plaintiff with a total docketing fee of $1,275.00. In turn, leaving plaintiff no other alternative but to "pick-and-choose" which action to appeal and which action to abandon, due to a lack of funds.

7) Plaintiff further attaches her Application to Proceed Without Prepayment of Fees and Affidavit in support hereto.

WHEREFORE, it is respectfully prayed that this Court ALLOWS this motion and it's Order issue.

Dated: 6/7/04.                    Respectfully submitted,

                                  /s/ Sandy J. Battista
                                  Sandy J. Battista, #M-15930
                                  Plaintiff/Pro-se
                                  Mass. Treatment Center
                                  30 Administration Rd.
                                  Bridgewater, Mass. 02324

---

[1] See Affidavit of the Plaintiff, Sandy J. Battista, #M-15930, in support of her Motion to Waive Filing Fees and to Proceed in Forma Pauperis, which is hereby incorporated by reference herein. (On file).

[2] See Sandy J. Battista vs. Duane MacEachern, et al., U.S.Dist.Ct.C.A.No.04-10779-DPW; Sandy J. Battista vs. Maryanne Percuoco, et al., U.S.Dist.Ct.C.A.No.04-10890-MEL; Sandy J. Battista vs. Robert Murphy, et al., U.S.Dist.Ct.C.A.No.03-12643-MEL and Sandy J. Battista vs. Commonwealth, U.S.Dist.Ct.C.A.No.04-10378-RGS.

AO 240 (Rev. 9/96)

# UNITED STATES DISTRICT COURT

District of **Massachusetts**

| | |
|---|---|
| **SANDY J. BATTISTA**<br>Plaintiff<br><br>V.<br><br>**ROBERT MURPHY, et al.,**<br>Defendant | APPLICATION TO PROCEED<br>WITHOUT PREPAYMENT OF<br>FEES AND AFFIDAVIT<br><br><br>CASE NUMBER: **04-10226-MEL**. |

I, __Sandy J. Battista_____ declare that I am the (check appropriate box)

[X] petitioner/plaintiff/movant    ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?    ☐ Yes    [X] No    (If "No," go to Part 2)
   **(Civilly committed)**
   If "Yes," state the place of your incarceration __Mass. Treatment Center__

   Are you employed at the institution? __Yes__   Do you receive any payment from the __Yes__

   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past **six** months' transactions.  **On file.**

2. Are you currently employed?    ☐ Yes    ☐ No

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3. In the past 12 twelve months have you received any money from any of the following sources?

   | | | Yes | No |
   |---|---|---|---|
   | a. | Business, profession or other self-employment | ☐ Yes | [X] No |
   | b. | Rent payments, interest or dividends | ☐ Yes | [X] No |
   | c. | Pensions, annuities or life insurance payments | ☐ Yes | [X] No |
   | d. | Disability or workers compensation payments | ☐ Yes | [X] No |
   | e. | Gifts or inheritances | ☐ Yes | [X] No |
   | f. | Any other sources | ☐ Yes | [X] No |

If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

AO 240 Reverse (Rev. 9/96)

4. Do you have **any** cash or checking or savings accounts?   ☒ Yes   ☐ No

   If "Yes," state the total amount.   Approximately $850.00.

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?   ☐ Yes   ☒ No

   If "Yes," describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

   Myself

I declare under penalty of perjury that the above information is true and correct.

6/7/04
Date

Signature of Applicant

**NOTICE TO PRISONER:** A Prisoner seeking to proceed IFP shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.