# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

USCA Docket Number: 04-1783

USDC Docket Number: 04-10226

Sandy J. Battista

v.

Robert Murphy, et al

## CLERK'S SUPPLEMENTAL CERTIFICATE

I, Tony Anastas, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents numbered 6, 11 are original pleadings to be included with the record on appeal in the above entitled case.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on June 22, 2004.

Tony Anastas, Clerk of Court

By: /s/ J. Ramos
Jeanette Ramos, Deputy Clerk

Receipt of the documents in the above entitled case is hereby acknowledged this date: 6/23/04

/s/ D. Barchard
Deputy Clerk, US Court of Appeals

[cv: supplapprec.] [cr: ksupplapprec.]