SCANNED
DATE: 07/06/04
BY: ___

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE
2004 JUL -2 P 12: 52
U.S. DISTRICT COURT
DISTRICT OF MASS

SANDY J. BATTISTA,  )
    Plaintiff,  )
        )
vs.  )  C.A.No.03-12643-MEL
        )
ROBERT MURPHY, et al.,  )
    Defendant's.  )

-------------------------------

SANDY J. BATTISTA,  )
    Plaintiff,  )
        )  C.A.No.04-10226-MEL
vs.  )
        )
ROBERT MURPHY, et al.,  )
    Defendant's.  )

## PLAINTIFF'S NOTICE OF APPEAL

Plaintiff, Sandy J. Battista, acting pro-se in the above entitled actions, hereby gives her notice to appeal to the First Circuit Court of Appeals from this Court's June 21, 2004 Order(s) denying her Motion(s) for Reconsideration of the denial of her Applications to Proceed Without Prepayment of Fees.

Dated: 6/29/04.

Respectfully submitted,

_[signature]_
Sandy J. Battista, #M-15930
Plaintiff/Pro-se
Mass. Treatment Center
30 Administration Rd.
Bridgewater, Mass. 02324